# M A N D A T E

**THE STATE OF TEXAS**

**TO THE COUNTY COURT AT LAW OF KENDALL COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on March 25, 2015, the cause upon appeal to revise or reverse your judgment between

Tanita F. Kehoe, Scott Kehoe, and Thomas David White, Jr., Appellant

V.

Edward A. Clouse and Helen R. Clouse, Appellee

No. 04-14-00151-CV and Tr. Ct. No. 10-627-CCL

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the portions of the trial court's judgment awarding the appellees Edward A. Clouse and Helen R. Clouse attorney's fees and $500.00 in actual damages are REVERSED, and judgment is RENDERED that appellees take nothing on their trespass claim and their request for attorney's fees. The remainder of the trial court's judgment is AFFIRMED. Costs of the appeal are taxed against the parties who incurred them.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on September 25, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00151-CV

**Tanita F. Kehoe, Scott Kehoe, and Thomas David White, Jr.**

**v.**

**Edward A. Clouse and Helen R. Clouse**

(NO. 10-627-CCL IN COUNTY COURT AT LAW OF KENDALL COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | TANA KEHOE |
| MOTION FEE | $15.00 | E-PAID | TANA KEHOE |
| MOTION FEE | $10.00 | E-PAID | JESSICA ANN SPAIN |
| MOTION FEE | $10.00 | E-PAID | MEGAN KUCERA |
| REPORTER'S RECORD | $95.00 | PAID | TANITA F. KEHOE |
| MOTION FEE | $10.00 | E-PAID | TANA KEHOE |
| MOTION FEE | $10.00 | E-PAID | TANA KEHOE |
| REPORTER'S RECORD | $4,705.00 | PAID | TANITA F. KEHOE |
| CLERK'S RECORD | $376.00 | PAID | TANITA KEHOE |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | TANA KEHOE |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | TANA KEHOE |
| INDIGENT | $25.00 | E-PAID | TANA KEHOE |
| FILING | $100.00 | E-PAID | TANA KEHOE |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this September 25, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853